IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )       No.  96 CR 511
                                    )       (USCA No. 13-1266)
WATKETA VALENZUELA,                 )
                                    )
                Defendant.          )

MEMORANDUM ORDER

Watketa Valenzuela ("Valenzuela") has sought to appeal in

forma pauperis from this Court's January 8, 2013 memorandum order

("Order") that denied Valenzuela's effort to obtain a reduction

in his 360-month sentence based on the recent amendments to the

Sentencing Guidelines that lowered the base offense levels

applicable to crack cocaine offenses.[1]  Although Valenzuela may

qualify for in forma pauperis status in the financial sense, our

Court of Appeals also requires that such an applicant advance a

nonfrivolous claim (in the legal sense) on appeal (see, e.g., Lee

v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000))--so this Court

turns to that subject.

As the Order reflected, Valenzuela is clearly not entitled

to relief "because the quantity of crack for which he was

_____

    [1]  This Court's colleague Honorable George Marovich
originally imposed that sentence more than a decade and a half
ago, but he has exercised his statutory right as a senior judge
to opt out of dealing with Valenzuela's current motion.  That
resulted in the motion being randomly assigned to this Court's
calendar.

responsible was well in excess of the 8.4 kilogram limit to which the recent change extends" (Order at 2).  In so ruling, this Court engaged in the determination called for in United States v. Davis, 682 F.3d 596,612 (7th Cir. 2012) by independently reviewing Judge Marovich's sentencing hearing transcript and the 1996 presentence investigation report.  It concluded that "Valenzuela's motion fails as a matter of law" (Order at 3).

Accordingly this Court rejects Valenzuela's in forma pauperis application.  Valenzuela is of course free to address the same subject before the Court of Appeals.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 21, 2013